1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Defendant Mr. Navarro-Lomeli

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   Case No. 07mj8952
                                   )
12              Plaintiff,         )
                                   )
13 v.                              )
                                   )   **NOTICE OF APPEARANCE**
14 ISAAC NAVARRO-LOMELI,           )
                                   )
15              Defendant.         )
                                   )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as supervising

19 counsel with Robert R. Henssler, attorneys in the above-captioned case.

20                                          Respectfully submitted,

21 Dated: December 4, 2007                  *s/ Ellis M. Johnston, III*
                                            Federal Defenders of San Diego, Inc.
22                                          Attorneys for Defendant
                                            ellis_johnston@fd.org
23

24

25

26

27

28