1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile:  (619) 687-2666
   E-mail: ellis_johnston@fd.org
5

6  Attorneys for Mr. Navarro-Lomeli

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 07mj8952
                                    )
12           Plaintiff,              )
                                    )
13 v.                               )   **PROOF OF SERVICE**
                                    )
14 **ISSAC NAVARRO LOMELI**,         )
                                    )
15           Defendant.              )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov,
21

22
                                               *s/ Ellis M. Johnston, III*
23 Dated: December 4, 2007                     **ELLIS M. JOHNSTON III**
                                               Federal Defenders of San Diego, Inc.
24                                             E-mail: ellis_johnston@fd.org

25

26

27

28