

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                      SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,    )   Criminal Case No. 07CR3447-L
                                 )
9              Plaintiff,        )   I N F O R M A T I O N
                                 )
10       v.                      )   Title 21, U.S.C., Secs. 952 and
                                 )   960 - Importation of Marijuana
11   ISAAC NAVARRO-LOMELI,       )   (Felony)
                                 )
12             Defendant.        )
    ─────────────────────────────)

13

14       The United States Attorney charges:

15       On or about November 28, 2007, within the Southern District of

16   California, defendant ISAAC NAVARRO-LOMELI, did knowingly and

17   intentionally import approximately 46.46 kilograms (approximately

18   102.21 pounds) of marijuana, a Schedule I Controlled Substance, into

19   the United States from a place outside thereof; in violation of

20   Title 21, United States Code, Sections 952 and 960.

21       DATED:  12/28/07    .

22                                   KAREN P. HEWITT
                                     United States Attorney
23

24

25                                   DOUGLAS KEEHN
                                     Assistant U.S. Attorney
26

27

28   WDK:psd:Imperial
     12/10/07