Minutes of the United States District Court
Southern District of California
**JANUARY 10, 2008**

| | |
|---|---|
| HON. **LEO S. PAPAS** | DEPUTY CLERK: **J. JARABEK** |

TAPE NO. LSP08-1; 10:32-10:35

07CR3447-L        USA        vs.        ISAAC NAVARRO-LOMELI - 05737298 (C)

CHANGE OF PLEA HEARING

BOBBY HENSSLER, FEDERAL DEFENDERS, INC.

AUSA: CHARLOTTE KAISER

---

CHANGE OF PLEA HEARING NOT HELD

GOVT'S ORAL MOTION TO DISMISS W/O PREJUDICE - GRANTED
(DFT INDICTED IN CASE #08CR0091-L)

ABSTRACT ISSUED TO USM

1 MIN