# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR3447-L |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| ISAAC NAVARRO-LOMELI | ) | Booking No. 05737298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/10/08__ the Court entered the following order:

- **X** Defendant be released from custody. **AS TO THIS CASE ONLY!**
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- **X** Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- **X** Other. **Charges pending in 08CR91-L**

__Leo S. Papas__
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk
J. JARABEK

Received _____
DUSM

Crim-9  (Rev 6-95)                                ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY